UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY G. HERBERT,

                Plaintiff,

v.

CLAUDIA BALDUCCI, *et al.*,

                Defendants.

Case No. C12-1429-MJP

ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF

The Court, having reviewed plaintiff's amended complaint, plaintiff's motions for preliminary injunctive relief, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motions for preliminary injunctive relief (Dkt. Nos. 22 and 40) are DENIED.

ORDER DENYING PLAINTIFF'S
MOTIONS FOR PRELIMINARY
INJUNCTIVE RELIEF - 1

1

2          (3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

3   defendants, and to the Honorable James P. Donohue.

4          DATED this __11__ day of __Sept._____, 2013.

5

6                                                    _____
                                                     MARSHA J. PECHMAN
7                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   ORDER DENYING PLAINTIFF'S
     MOTIONS FOR PRELIMINARY
     INJUNCTIVE RELIEF - 2