UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA BALDUCCI,<br><br>　　　　Defendant. | CASE NO. C12-1429 MJP-JPD<br><br>ORDER DENYING PLAINTIFF'S OBJECTIONS TO DISCOVERY ORDER |

　　This matter is before the Court on Plaintiff's Objections (Dkt. No. 114) to the Honorable Magistrate Judge James P. Donohue's Order denying Plaintiff's motion to compel and granting Plaintiff's motion to extend time (Dkt. No. 112). The Court reviewed Plaintiff's Objections and all related documents, and DENYS the Objections.

　　Pretrial discovery matters, such as a motion to compel, are considered non-dispositive and magistrate judges possess the authority to enter orders resolving such disputes pursuant to Federal Rule of Civil Procedure 72(a). United States v. Hansen, 233 F.R.D. 665, 669 (S.D. Cal. 2005). Rule 72(a) allows a party to serve and file objections to a non-dispositive order issued by a magistrate judge within 14 days of being served with a copy. When an objection is filed, "[t]he

1  district judge in the case must consider timely objections and modify or set aside any part of the
2  order that is clearly erroneous or is contrary to law."

3      Plaintiff objects to Magistrate Judge Donohue's Order denying his motion to compel.
4  (Dkt. No. 112.) In this Order, Magistrate Judge Donohue concluded the outstanding discovery at
5  issue was being conducted in a manner previously agreed upon by the Parties, and noted
6  Defendants have already agreed to provide Plaintiff with all the requested discovery either via
7  laptop computer (the manner previously agreed upon) or in some cases, in paper form. (Id. at 2.)
8  Having reviewed Plaintiff's underlying motion and all relevant documents, the Court finds the
9  Order is not erroneous or contrary to law. The Order is a reasonable resolution of the discovery
10 dispute, and Plaintiff's objections are DENIED.

11     The clerk is ordered to provide copies of this order to all counsel.

12     Dated this 5th day of June, 2014.

Marsha J. Pechman
Chief United States District Judge